# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| JAMES ALEXANDER MCMILLAN | CIVIL ACTION NO. 6:17-cv-0892 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| MICHELLE BREAUX, ET AL | MAG. JUDGE PATRICK HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**MONROE, LOUISIANA, this 7th day of February, 2018.**

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE